(123 So. 88)

**John CRADDOCK et al. v. J. Percy OLIVER,
as Judge, etc.   (5 Div. 27.)**

Supreme Court of Alabama.   June 20, 1929.

Geo. O. Douville and Jas. W. Strother, both of Dadeville, for petitioner.

Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.   Petition of J. Percy Oliver, as judge of probate of Tallapoosa county, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Craddock et al. v. Oliver, Judge, 123 So. 87.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.